**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   10-cv-02846-WYD

UNITED STATES OF AMERICA,

     Petitioner,

v.

HAE K. LEE, President, Giri, Inc.,

     Respondent.

---

**ORDER TO SHOW CAUSE**

---

Upon consideration of the Petition to Enforce Internal Revenue Service Summons ("Petition") filed by the United States, and the declaration and Internal Revenue Service summons attached thereto, it is hereby

ORDERED:

That Respondent appear before the District Court of the United States for the District of Colorado in that branch thereof presided over by Honorable Chief Judge <u>Wiley Y. Daniel</u>, in the United States Courthouse, 901 19th Street, Denver, Colorado on the <u>3rd</u> day of January, 2011, at 4:00 p.m., at 901 19th Street, Courtroom A-1002, to show cause why Respondent should not be compelled to obey the Internal Revenue Service summons served upon Respondent on August 19, 2010.  It is further

ORDERED that a copy of this Order, together with the Petition and exhibits attached thereto, be personally served upon Respondent.  It is further

ORDERED that if the Respondent has any defenses to present or motions to make in opposition to the Petition, such defenses, or motions, if any, shall be made in writing and filed with the Court and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing.  Only those issues raised by motion or brought into controversy by the responsive pleading will be considered by the Court and any uncontested allegations in the Petition will be deemed admitted.

DATED this 23rd day of November, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE